UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

                                ORDER ADOPTING
v.                         REPORT AND RECOMMENDATION

Reginald John Wind, Jr.,

        Defendant.           Crim. No. 11-175 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 23] be **DENIED**.

DATED: August 12, 2011                  s/Michael J. Davis
At Minneapolis, Minnesota          Michael J. Davis, Chief Judge
                                              United States District Court